**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2746**

---

WILLIE WALLACE,

                    Petitioner,

     versus

CLINCHFIELD COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

                    Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(95-779-BLA)

---

Submitted: September 30, 1996    Decided: October 9, 1996

---

Before MURNAGHAN, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie Wallace, Petitioner Pro Se. Michael Francis Blair, PENN,
STUART, ESKRIDGE & JONES, Abingdon, Virginia; Jeffrey Steven
Goldberg, Christian P. Barber, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1996). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>Wallace v. Clinchfield Coal Co.</u>, No. 95-779-BLA (B.R.B. Aug. 25, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>